03/08/2005 02:28 FAX 202 354 4424    US DIST COURT RM 1825            ☒002/004
Case 1:05-cv-10442-MBB    Document 11    Filed 03/09/2005    Page 1 of 4
District of Columbia live database - Docket Report                    Page 1 of 3

CLOSED, JURY, TYPE-B

## U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:03-cv-02631-JDB
### Internal Use Only

MAGISTRATE JUDGE JLA

**MAITRE v. ELI LILLY AND COMPANY**
Assigned to: Judge John D. Bates
Demand: $2000000
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 12/24/2003
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**JENNIFER MAITRE**
*Individually and as Mother, Guardian and Next Friend of CFM a minor*

represented by **Aaron M. Levine**
AARON M. LEVINE & ASSOCIATES, P.A.
1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: aaronlevinelaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon J. Levine**
AARON M. LEVINE & ASSOCIATES
1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: levbran@aol.com
*ATTORNEY TO BE NOTICED*

**Renee Lynne Robinson-Meyer**
AARON M. LEVINE & ASSOCIATES
1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: aaronlevinelaw@aol.com
*ATTORNEY TO BE NOTICED*

05-10442 JLT

03/08/2005 02:26 FAX 202 360 4824  US DIST COURT RM 1825  Case 1:05-cv-10442-MBB   Document 11   Filed 03/09/2005   Page 2 of 4   ☒003/004

District of Columbia live data se - Docket Report                                Page 2 of 3

**Steven Jay Lewis**
AARON M. LEVINE & ASSOCIATES

1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: lewissj9@aol.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
**ELI LILLY AND COMPANY**   represented by **Lawrence Hedrick Martin**
FOLEY HOAG LLP
1875 K Street, NW
Washington, DC 20006
(202) 223-1200
Fax: (202) 785-6687
Email: lmartin@foleyhoag.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James J. Dillon**
FOLEY HOAG, LLP
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000
Fax: (617) 832-7000
Email: jdillon@foleyhoag.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/24/2003 | ●1 | NOTICE OF REMOVAL from Superior Court for the District of Columbia, case number 03-0009531. ( Filing fee $ 150 ) (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(rje, ) (Entered: 12/30/2003) |
| 12/24/2003 | ●2 | LCvR 7.1 - CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by ELI LILLY AND COMPANY. (rje, ) (Entered: 12/30/2003) |
| 12/24/2003 | ●3 | ANSWER to Complaint by ELI LILLY AND COMPANY.(rje, ) (Entered: 12/30/2003) |
| 12/24/2003 | ● | SUMMONS Not Issued as to ELI LILLY AND COMPANY (rje, ) (Entered: 12/30/2003) |
| 12/30/2003 | ●4 | NOTICE of Appearance by Aaron M. Levine on behalf of JENNIFER |

| | | |
|---|---|---|
| | | MAITRE (Levine, Aaron) (Entered: 12/30/2003) |
| 01/14/2004 | ●5 | ORIGINAL FILE, certified copy of transfer order and docket sheet received from Superior Court of the District of Columbia. Other Court Case No. 03ca9531. (rje, ) (Entered: 01/16/2004) |
| 07/07/2004 | ●6 | MEET AND CONFER STATEMENT. (Attachments: # 1 Text of Proposed Order Proposed Scheduling Order)(Levine, Aaron) (Entered: 07/07/2004) |
| 07/16/2004 | ● | Minute Entry for proceedings held before Judge Thomas Penfield Jackson : Scheduling Conference held on 7/16/2004. Case referred to Magistrate Judge Kay for Mediation. Order to be filed. (Court Reporter Joanne Gallo-Miller.) (whb) Modified on 7/16/2004 (zwhb, ). (Entered: 07/16/2004) |
| 07/16/2004 | ●7 | ORDER REFERRING CASE to Magistrate Judge Alan Kay for mediation. Signed by Judge Thomas Penfield Jackson on 7/16/04. (lctpj2, ) (Entered: 07/16/2004) |
| 07/16/2004 | ● | CASE REFERRED to Magistrate Judge Alan Kay for Mediation. (jsc) Modified on 7/29/2004 (jsc, ). (Entered: 07/28/2004) |
| 07/22/2004 | ●8 | ORDER setting mediation for March 10, 2005, at 10:30 a.m. Signed by Magistrate Judge Alan Kay on 07/21/04. (DM) (Entered: 07/22/2004) |
| 09/16/2004 | ● | Case Reassigned to Judge Unassigned. Judge Thomas Penfield Jackson no longer assigned to the case. You will be notified when this case has been formally reassigned. (gt, ) (Entered: 09/16/2004) |
| 10/07/2004 | ● | Case Assigned to Judge Thomas Penfield Jackson. Judge Unassigned no longer assigned to the case. (td, ) (Entered: 10/13/2004) |
| 10/07/2004 | ● | Case Reassigned to Judge John D. Bates. Judge Thomas Penfield Jackson no longer assigned to the case. (td, ) (Entered: 10/13/2004) |
| 12/22/2004 | ●9 | Consent MOTION to Transfer Case *to the District of Massachusetts* by ELI LILLY AND COMPANY. (Dillon, James) (Entered: 12/22/2004) |
| 01/26/2005 | ●10 | ORDER granting Consent Motion to Transfer Case. Signed by Judge John D. Bates on 1/26/2005. (lcjdb1) (Entered: 01/26/2005) |
| 01/26/2005 | | ***Case Referral ended as to Magistrate Judge Alan Kay. (kk) (Entered: 02/03/2005) |
| 01/27/2005 | | ***Civil Case Terminated. (tb) (Entered: 01/27/2005) |
| 03/03/2005 | ● | Case electronically transferred to U.S. District Court for the District of Massachusetts. (lc, ) (Entered: 03/03/2005) |



# Clerk's Office
# U. S. District Court for
# the District of Columbia
# 333 Constitution Ave., NW
# Washington, D.C. 20001
## Phone: (202)354-3000
## Fax: (202)354-3146

## *Facsimile Transmittal*

To: USDC - MA
Attention: Nettie Keefe
Fax Number: 617-748-9096
From: Laura Chipley
Date & Time: 3/7/05 10:30 AM
No. of Pages: 4
Comments: