UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JENNIFER MAITRE

    Plaintiffs

v.                                                 CA. No. 1:05-cv-10442-JLT

ELI LIILY AND COMPANY

    Defendant

## NOTICE OF APPEARANCE

COMES NOW Sheila Mone of the firm of Kenneth M. Levine & Associates, 370 Washington Street, Brookline, Massachusetts 02445 and files her appearance as counsel for the Plaintiffs in the above referenced matter.

Respectfully submitted this 7th day of April, 2005

/s/ Sheila Mone

_____
Sheila Mone BBO#634615
Kenneth M. Levine & Associates
370 Washington Street
Brookline, MA 02446
617-566-2700

DATED: April 7, 2005