UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNIFER MAITRE, Individually, and as Mother, Guardian and Next Friend of CHRISTIAN FRANCIS MAITRE, A Minor,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ELI LILLY AND COMPANY,<br><br>　　　　　　Defendant. | CIVIL ACTION No. 05-CV-10442 (JLT) |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

　　Please enter the appearances of Brian L. Henninger of FOLEY HOAG LLP as counsel for defendant Eli Lilly and Company in the above-captioned matter.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　FOLEY HOAG LLP


　　　　　　　　　　　　　　　　　/s/ Brian L. Henninger
　　　　　　　　　　　　　　　　　Brian L. Henninger (BBO # 657926)
　　　　　　　　　　　　　　　　　FOLEY HOAG LLP
　　　　　　　　　　　　　　　　　155 Seaport Boulevard
　　　　　　　　　　　　　　　　　Boston, MA 02111-2600
　　　　　　　　　　　　　　　　　(617) 832-1000

Dated: August 1, 2005

B3077143.1