UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNIFER MAITRE, Individually, and as Mother, Guardian and Next Friend of CHRISTIAN FRANCIS MAITRE, A Minor,<br><br>           Plaintiff,<br><br>    v.<br><br>ELI LILLY AND COMPANY,<br><br>           Defendant. | CIVIL ACTION No. 05-CV-10442 (JLT) |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Please enter the appearances of James J. Dillon of FOLEY HOAG LLP as counsel for defendant Eli Lilly and Company in the above-captioned matter.

Respectfully submitted,

FOLEY HOAG LLP


/s/ Brian L. Henninger
James J. Dillon (BBO # 124660)
Brian L. Henninger (BBO # 657926)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02111-2600
(617) 832-1000

Dated: August 1, 2005

B3077145.1