UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JENNIFER MAITRE, Individually and<br>as Mother, Guardian and Next Friend of<br>CHRISTIAN FRANCIS MAITRE, a Minor,<br><br>Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | Civil Action No. 05-10442-JLT |

ORDER

August 10, 2005

TAURO, J.

After the Scheduling Conference held on August 2, 2005, this court hereby orders that:

1. Plaintiffs may depose (1) Richard E. Blackwell, Ph.D., M.D., (2) Karin E. Michels, M.D., (3) John Owen, M.D., (4) David Masur, Ph.D., and (5) Earl MacPherson, R.Ph.;

2. Defendant may depose (1) Jennifer Maitre, (2) Christian Albert Maitre, (3) Mary Bane, (4) Earl MacPherson, (5) Dr. David S. Hagan, (6) Dr. Merle J. Berger, (7) Dr. Alan K. Stern, (8) Dr. Elizabeth Caronna, (9) David Mahalick, Ph.D., and (10) William H. Burke, Ph.D.;

3. No additional discovery will be permitted without leave of this court;

4. Discovery shall be completed by February 2, 2006;

5.    Dispositive motions shall be filed by March 6, 2006; and

6.    A Further Conference is scheduled for April 4, 2006 at 10:00 a.m.

IT IS SO ORDERED.

        /s/ Joseph L. Tauro  
    United States District Judge