UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JENNIFER MAITRE, Individually,
and as Mother, Guardian and Next Friend of
CHRISTIAN FRANCIS MAITRE,
A Minor,

        Plaintiff,

v.

ELI LILLY AND COMPANY,

        Defendant.

CIVIL ACTION No. 05-CV-10442 (JLT)

**DEFENDANT ELI LILLY AND COMPANY'S
LIST OF PROPOSED DEPONENTS**

Defendant Eli Lilly and Company ("Lilly") may depose the following witnesses during the course of discovery in the above-captioned matter:

1. Jennifer Maitre (Plaintiff)
2. Christian Albert Maitre (Jennifer Maitre's husband);
3. Mary Bane (Jennifer Maitre's mother);
4. Earl MacPherson (Pharmacist);
5. Dr. David S. Hagan (Jennifer Maitre's expert and treater);
6. Dr. Merle J. Berger (Jennifer Maitre's expert and treater);
7. Dr. Alan K. Stern (Minor Plaintiff Christian Maitre's expert and treater);
8. Dr. Elizabeth Caronna (Minor Plaintiff Christian Maitre's treater);
9. David Mahalick, Ph.D., ABPN (Plaintiffs' neuropsychological expert); and
10. William H. Burke, Ph.D. (Plaintiffs' economic impact expert).

Lilly reserves the right to supplement and/or amend this list as discovery progresses.

B3075815.1

Respectfully submitted,

ELI LILLY AND COMPANY

By Its Attorneys,

James J. Dillon (BBO # 124660)
Brian L. Henninger (BBO # 657926)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02111-2600
617-832-1000

Dated: July 28, 2005

### CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing List of Proposed Deponents was served on July 28, 2005 by .pdf file via electronic mail, upon:

Aaron M. Levine, Esq.
Aaron M. Levine and Associates
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036
**Attorneys for Plaintiffs**

Brian L. Henninger