UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-CV-10442 (JLT)

| | |
|---|---|
| JENNIFER MAITRE, Individually, and as Mother, Guardian and Next Friend of CHRISTIAN FRANCIS MAITRE, A Minor, <br><br> Plaintiff, <br><br> v. <br><br> ELI LILLY AND COMPANY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Juliet A. Davison on behalf of Jennifer Maitre,

individually, and as Mother, Guardian and Next Friend of Christian Francis Maitre, a

Minor in the above-captioned action.

Respectfully submitted,

JENNIFER MAITRE, Individually, and as
Mother, Guardian and Next Friend of
CHRISTIAN FRANCIS MAITRE, A
Minor,

By their attorneys,

/s/ Juliet A. Davison
Juliet A. Davison, BBO #562289
Erica Tennyson, BBO #660707
Todd & Weld LLP
28 State Street, 31st Floor
Boston, MA  02109
(617) 720-2626

Date:   December 19, 2005