UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-CV-10442 (JLT)

```
_____
                                )
JENNIFER MAITRE, Individually,  )
and as Mother, Guardian and Next Friend )
of CHRISTIAN FRANCIS MAITRE,    )
A Minor,                        )
                                )
        Plaintiff,              )
                                )
v.                              )
                                )
ELI LILLY AND COMPANY,          )
                                )
        Defendant.              )
_____)
```

## NOTICE OF APPEARANCE

Please enter the appearance of Erica Tennyson on behalf of Jennifer Maitre, individually, and as Mother, Guardian and Next Friend of Christian Francis Maitre, a Minor in the above-captioned action.

    Respectfully submitted,

    JENNIFER MAITRE, Individually, and as
    Mother, Guardian and Next Friend of
    CHRISTIAN FRANCIS MAITRE, A
    Minor,

    By their attorneys,

    /s/ Juliet A. Davison
    Juliet A. Davison, BBO #562289
    Erica Tennyson, BBO #660707
    Todd & Weld LLP
    28 State Street, 31st Floor
    Boston, MA  02109
    (617) 720-2626

Date:   December 19, 2005