UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JENNIFER MAITRE

    Plaintiffs

v.                        CA. No. 1:05-cv-10442-JLT

ELI LIILY AND COMPANY

    Defendant

### NOTICE OF WITHDRAWAL

COME NOW Kenneth M. Levine and Sheila Mone of the firm of KENNETH M. LEVINE & ASSOCIATES, 370 Washington Street, Brookline, Massachusetts 02445 and WITHDRAW their appearance as counsel for the Plaintiff in the above referenced matter.

Respectfully submitted this 23RD day of January, 2006

                          _____/s/_____
                          Kenneth M. Levine, BBO# 296850
                          Sheila Mone, BBO#634615
                          KENNETH M. LEVINE & ASSOCIATES
                          370 Washington Street
                          Brookline, MA 02446
                          617-566-2700

DATED : January 23, 2006