IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNIFER MAITRE, Individually and as Mother, Guardian and Next Friend of CHRISTIAN FRANCIS MAITRE, a Minor,<br><br>Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>Defendant. | Civil Action No.: 1:05-cv-10442-JLT<br>Next Event: Deadline for Filing<br>Dispositive Motions - 3/6/06 |

JLT

[PROPOSED] ORDER

UPON CONSIDERATION of the Plaintiff's Motion to Supplement Expert Disclosures, Re-Open Discovery, and Amend Scheduling Order, and for good cause shown, it is this 2 day of MARCH, 2006,

ORDERED that the Motion be and hereby is GRANTED;

AND IT IS FURTHER ORDERED, that the August 10, 2005 Scheduling Order be amended as follows:

1. Deadline for Plaintiff's Supplemental Expert Disclosure is March 16, 2006.

2. Defendant may depose Yuval Shafrir, M.D.

3. Deadline for Defendant's Supplemental Expert Disclosure is April 14, 2006.

4. Plaintiff may depose Defendant's supplemental expert(s).

5. All discovery shall be completed by May 16, 2006.

6. Dispositive motions shall be filed by June 15, 2006.

7.  The April 4, 2006 Status Conference is continued to a date to be set by the Court after June 15, 2006 pursuant to the Court's schedule.

IT IS SO ORDERED.

_____
JOSEPH L. TAURO
United States District Judge