IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNIFER MAITRE, Individually and as Mother, Guardian and Next Friend of CHRISTIAN FRANCIS MAITRE, a Minor, <br><br> Plaintiff, <br><br> v. <br><br> ELI LILLY AND COMPANY, <br><br> Defendant. | ] <br> ] <br> ] <br> ] <br> ] <br> ] <br> ] Civil Action No.: 1:05-cv-10442-JLT <br> ] Next Event: Deadline for Filing <br> ]    Dispositive Motions on 6/15/06 <br> ] <br> ] |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

TO:   The Clerk of the Court

The Clerk will dismiss the claims of plaintiff, JENNIFER MAITRE, **Individually**, only as dismissed with prejudice as to defendant Eli Lilly and Company. The claims of JENNIFER MAITRE, **as Mother, Guardian and Next Friend** of CHRISTIAN FRANCIS MAITRE, a Minor shall remain open.

| JENNIFER MAITRE, <br> By her attorneys, | ELI LILLY AND COMPANY, <br> By its attorneys, |
|---|---|
| /s/ Erica Tennyson <br> Juliet A. Davison, BBO#562289 <br> Erica Tennyson, BBO#660707 <br> TODD & WELD LLP <br> 28 State Street <br> Boston, MA 02109 <br> 617-720-2626 <br> etennyson@toddweld.com | /s/ James J. Dillon <br> James J. Dillon, BBO#124660 <br> Brian L. Henninger, BBO#657926 <br> FOLEY HOAG LLP <br> 155 Seaport Boulevard <br> Boston, MA 02210 <br> 617-832-1000 <br> jdillon@foleyhoag.com |

Dated: June 15, 2006

Approved this __15TH__ day of __JUNE__, 2006.

_____
JOSEPH L. TAURO, United States District Judge

**CERTIFICATE OF SERVICE**

I, Erica Tennyson, hereby certify that this document filed through the ECF system, Stipulation of Dismissal with Prejudice, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 15, 2006.

/s/ Erica Tennyson