IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNIFER MAITRE, Individually<br>and as Mother, Guardian and Next Friend<br>of CHRISTIAN FRANCIS MAITRE, a Minor<br><br>                    Plaintiffs,<br>v.<br><br>ELI LILLY AND COMPANY,<br><br>                    Defendant. | Civil Action No. 05-CV-10442 (JLT) |

**NOTICE OF MANUAL FILING OF APPENDICES TO
AFFIDAVIT OF AARON M. LEVINE, ESQ.
REGARDING AUTHENTICATION OF DOCUMENTS**

I, Erica Tennyson, hereby give Notice of Manual Filing of Appendices 1-21 to Affidavit of Aaron M. Levine, Esq. Regarding Authentication of Documents due to the fact that the electronic attachments are too large for the ECF system to receive.

Respectfully submitted,

JENNIFER MAITRE and CHRISTIAN MAITRE
by their attorneys,

/s/ Erica Tennyson
Juliet A. Davison (BBO #562289)
Erica Tennyson (BBO #660707)
TODD & WELD LLP
28 State Street, 31st Floor
Boston, Massachusetts 02109
(617) 720-2626
etennyson@toddweld.com
and

/s/ Aaron M. Levine
Aaron M. Levine, #7864
AARON M. LEVINE & ASSOCIATES
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036
(202) 833-8040

Dated: July 28, 2006

CERTIFICATE OF SERVICE

    I, Erica Tennyson, hereby certify that this Notice of Manual Filing of Appendices to Affidavit of Aaron M. Levine, Esq. Regarding Authentication of Documents, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 28, 2006.

                                                /s/ Erica Tennyson
                                                Erica Tennyson