DES Sons

# DES SONS

You are a DES son if your mother took DES while she was pregnant with you. Many people, including some doctors, do not know that men can be affected by DES exposure before birth. However, some may face an increased risk for problems with their genital organs. Some research has also shown there may be a link between high doses of DES and problems with fertility. To date there has been little research on DES sons. Studies are now in progress and new findings may apply to you. The best way to protect your health is to find out whether you have been exposed, get recommended cancer screening tests for men of your age, and stay informed about new research findings.

8

# SONS: WHAT TO DO

- Find out if you are a DES son (or may be) DES exposed (see page 5).
- Tell your doctor that you are (or maybe) DES exposed, and become familiar with the possible risks.
- Examine your testicles like all men. DES sons should get time to do so, examining their testicles once a month after a warm bath or shower.
- Call 1-800-4-CANCER for a booklet on how to do testicular self-exam. Testicular cancer, if found early, can be successfully treated.
- Report any suspicious changes (lumps or growths) in or near your testicles to your doctor.
- If you have concerns about your fertility, see your doctor.



9

*Women Who Took DES*

# WOMEN WHO TOOK DES

All women who took DES during pregnancy are considered to have been "DES exposed." This includes women who:

- Had a live birth
- Had a multiple birth
- Had a stillbirth
- Had a miscarriage
- Think (or don't think) they might have taken DES

Talk to your doctor if you think you may have been DES exposed.

Women who took DES may have a small increased risk of breast cancer and should follow the breast care guidelines for women in their age. See "Women who took DES" on page 5. Tell your DES exposed son(s) and daughter(s) about their exposure.

Even if these adult children have had no health problems, this information will help them get the health care they need.

10

## WHAT TO DO

- If you are unsure about whether you took DES, you can request your medical records. (Call one of the DES organizations for information on how to do this.)

- Tell your doctor that you are DES exposed.

- Get a mammogram every one or two years beginning at age 50. Regular mammography is the best method for early detection of breast cancer.

- Have a breast exam by a health professional at least once a year. Special surveillance should be given to women with a personal history of breast cancer or a history of breast cancer in a mother or sister.

- Examine your breasts monthly. (Call 1-800-4-CANCER for a free brochure on breast self-examination.)

- Talk with your adult children if you know you received DES during your pregnancy. Tell them to think about their likely DES exposure. Your children may need special care.

11

*Women Who Took DES*

# RESOURCES

The most information about DES still lies in the 10s and closest to you from one of the DES organizations of the National Cancer Institute.

## DES Hotlines

[faded/illegible resource listings]

13

---

**MIDTOWN PARK PHARMACY**
Phone DA3-4907 or DA3-4908    FAIRVIEW TEXAS
935 MAIN STREET

For: Mrs J Paro
Address: 123 Creek

R Stilvestrol 25 mg
(milestral)
Sig: 1 qh for 8 days
then 1/8 d

Reg. No. 74175    B. Long #5926 M.D.
Date: _____  Address: _____
REPT UT DIST 1 2 3 4  TIMED  P R N  ☐ NON-RES ☐

*A typical DES prescription from 1951*

12

# Consumer Organizations

DES Action USA
1615 Broadway, #510
Oakland CA 94612
1(800) DES-9288 or (510) 465-4011

*A national consumer organization representing DES mothers, daughters and sons. Dedicated to informing the public and health professionals about the effects of DES and what can be done about them, and to promoting DES research. Offers physician referrals, special publications, and a quarterly newsletter (DES Action Voice).*

DES Cancer Network
P.O. Box 10185
Rochester, NY 14610
1(800) DES-NET-4 and (716) 473-6119

*A national network for DES-exposed women and men with a special focus on DES research advocacy, programs for DES-exposed people coping with cancer, and communication about DES issues. Offers information, peer support, medical referrals, and a newsletter (DES Issues).*

DES Sons Network
104 Sleepy Hollow Place
Cherry Hill, NJ 08003
(609) 795-1658

*A national network providing information and support for men exposed to DES before birth (DES Sons), and counseling for men with testicular cancer.*

National Cancer Institute
Cancer Information Service
M-F 9:00 am to 7:00 pm
1(800) 4-CANCER or 1(800) 422-6237

*A national service providing accurate, up-to-date information on cancer to patients and their families, to health professionals, and to the general public.*

14

# Other Booklets in This Series

*Call the DES Hotline closest to you or any of the DES Consumer organizations to request other booklets in this series.*

- DES: The Basic Booklet
- DES Fact Sheet
- DES Daughters
- DES Sons
- Women Who Took DES
- Talking About DES: A Guide for Families
- Clear Cell Cancer
- The National DES Education Program: A Description



15

Case 1:05-cv-10442-MBB    Document 39-2    Filed 07/28/2006    Page 5 of 6



# National DES Education Program

On October 9, 1992, Congress approved an amendment to the Public Health Service Act to carry out research and education on the drug DES (diethylstilbestrol). In 1993 the National Cancer Institute and the National Institutes of Child Health and Human Development launched the National DES Education Program. Five geographic areas are currently included in this program: California, Massachusetts, Texas, Wisconsin, and New York.

This booklet is one of a series that provides health information about DES, and includes the most recent information about medical risks associated with it. Recommended actions for early detection and treatment of DES-related medical conditions are described in full. We hope this publication will help the millions of mothers, daughters, and sons exposed to DES.



National Cancer Institute

National Institute of Child Health and Human Development

National Institutes of Health

Baylor College of Medicine

California Public Health Foundation

Education Development Center, Inc.

New England Research Institutes

University of Wisconsin

DES Action USA

DES Cancer Network

DES Sons Network

January, 1995

# A DES Ad from 1957



"Really?"

Yes...

**desPLEX**®

to prevent ABORTION, MISCARRIAGE and PREMATURE LABOR

recommended for routine prophylaxis in ALL pregnancies

96 per cent live delivery with desPLEX in one series of 1200 patients¹—
— bigger and stronger babies, too

No gastric or other side effects with desPLEX
— in either high or low dosage

This ad appeared in a major medical journal in 1957. It is now known that DES exposure is related to health problems in the children of the women who took it, and in the women themselves. If you were exposed to DES, you may need special health care.