# APPENDIX 12

DAVID F. HAGEN, M.D.
ONE BROOKLINE PLACE
SUITE 525
BROOKLINE, MA  02445

TELEPHONE: (617) 735-8686
FACSIMILE: (617) 739-1174

September 29, 2003

Aaron M. Levine
AARON M. LEVINE & ASSOCIATES
Fifth Floor
1320 Nineteenth Street, N.W.
Washington, D.C. 20036

Dear Attorney Levine:

    I am responding to your request for a report on Jennifer Maitre, aka, Jennifer Bane. Jennifer has been a patient of mine since November 1987. Her medical history is significant for exposure to DES in utero. Her cervix was noted to have a "classic 360 degrees hood with a small os". Her uterus was abnormally small. A hysterosalpingogram revealed an irregular endometrial cavity. In 1997, she was treated for a tubal pregnancy. Jennifer was under my care for her pregnancy from February 12, 1998, through June 17, 1999. An ultrasound examination on April 20, 1999, at 20 weeks gestation, revealed the cervix was 2.8 centimeters in length. The average cervical length at 20 weeks is 3.8 centimeters. On June 9, 1999, the cervix was 2.0 centimeters in length. A cervical length less than 2.5 centimeters significantly increases the risk of preterm delivery. On June 17, 1999, Mrs. Maitre was admitted to labor and delivery at Beth Israel Hospital in labor and delivered prematurely at 28 weeks.

    Jennifer's third pregnancy was complicated by the onset of severe pregnancy induced hypertension at 20 weeks gestation. It was necessary to induce labor and she delivered her baby on July 7, 2002.

    It is my opinion, based on my experience, training and review of the literature, it is more likely than not that Mrs. Maitre's DES exposure resulted in an underdevelopment of her uterus and cervix and this played a significant role in her preterm delivery on June 17, 1999.

Sincerely,

*David F. Hagen, MD*

David F. Hagen, M.D.