**APPENDIX 13**

RE: <u>Christian Maitre v. Eli Lilly and Company</u>
April, 6, 2006
Page 1 of 2

**YUVAL SHAFRIR, M.D.**
CHILD NEUROLOGY
HOFFBERGER BLDG., SUITE 32
2435 W. BELVEDERE AVENUE
BALTIMORE, MD 21215
(410) 601-8300; FAX (410) 601-8227

April 6, 2006

Aaron M. Levine, Esq.
Aaron M. Levine & Associates
1320 19th Street, N.W.
Washington, DC 20036

RE: <u>Christian Maitre v. Eli Lilly and Company</u>

Dear Mr. Levine:

I am a Board Certified Pediatric Neurologist, currently practicing at Sinai Hospital, Baltimore, Maryland. I am a clinical Assistant Professor in the University of Maryland School of Medicine.

I have reviewed the MRI films, pertinent medical records and reports, and neuropsychology report regarding Christian Maitre in the above-referenced case.

It is my opinion, within a reasonable degree of medical probability, based on my education, training, experience and review of the literature, that Christian's global developmental delay is a directly and causally related to Christian's premature birth at 28 weeks gestation. It is also my opinion, within a reasonable degree of medical probability, that Christian's severe fine and gross motor deficits, as well as his significant higher cortical dysfunction, including impairments involving attention, concentration, processing and higher integrative thought, are all related to his extreme premature birth and its subsequent inevitable complications. These are clearly complications related to his prematurity as there is no evidence at all that there would be any other causes for this, including no birth trauma, neonatal infection or genetic causes.

While Christian has not yet reached his seventh birthday, it is my opinion within a reasonable degree of medical probability that Christian's neurological deficits, motor and cognitive delays will, unfortunately, persist.

RE: <u>Christian Maitre v. Eli Lilly and Company</u>
April, 6, 2006
Page 2 of 2


If you have any questions, please feel free to contact me.


Sincerely,

*[signature]*

Yuval Shafrir, M.D.