# APPENDIX 14



**Boston IVF**
*The Boston Center*

One Brookline Place
Brookline, MA 02445
(617) 735-9000
Fax: (617) 738-8993
www.bostonivf.com
Affiliated with:

 Harvard Medical School

 Beth Israel Deaconess Medical Center

*Reproductive Endocrinology*
Michael M. Alper, M.D
Steven R. Bayer, M.D
Brian M. Berger, M.D
Merle J. Berger, M.D
Selwyn P. Oskowitz, M.D
Alan S. Penzias, M.D
    d H. Reindollar, M D
    Thornton, M D
Robert M. Weiss, M D

*Embryology/Cryobiology*
R. Douglas Powers, Ph D
    Chief Scientific Officer
Michele Austin, Ph D
C. Brent Barrett, Ph D
Doria Harris, Ph D
Shunping Wang Ph D
Jeannine Witmyer, Ph D

Jeane Ungerleider, LICSW
    *Director of Counseling Services*

Alice D. Domar, Ph D
    Director
    Mind/Body Center for
    Women's Health at Boston IVF

Ronald P. Jones
    *Chief Operating Officer*

Main Office
    ond Ave.
    am, MA 02451

Centers
Brookline, MA
Quincy, MA
Waltham, MA

Affiliated Practices
Bangor, ME
Hamilton, Bermuda
Lewiston, ME
Nantucket, MA
Portland, ME

Hospital Partnerships
MetroWest Medical Center,
Framingham, MA
Mount Auburn Hospital,
Cambridge, MA



---

October 7, 2004

Mr. Aaron M. Levine
Aaron M. Levin & Associates
5th Floor, 1320 19th Street
Northwest Washington DC 20036

Re: Jennifer Maitre versus Eli Lilly and Company

Dear Mr. Levine:

At your request, I have reviewed the extensive medical records concerning the above case as well as the opinion letter of Dr. David F. Hagen. To review, Jennifer's mother had documented DES exposure while pregnant with Jennifer. Jennifer had significant anatomical abnormalities described in numerous occasions including a small and abnormally shaped uterus typical of DES exposure as determined by HSG, a hood around the cervix and a pinpoint cervical os. She did have a small polyp removed but no other causes of reproductive difficulties other than DES.

She and her husband suffered infertility, ectopic pregnancy, premature delivery, and it was necessary for them to undergo multiple treatment cycles and surgical procedures in order to try to fulfill parenthood.

Based on my experience, training, and review of literature, I conclude that Jennifer Maitre's exposure to DES was a significant factor in the problems described above.

I am board certified in obstetrics, gynecology, and reproductive endocrinology and have taken care of infertility and DES exposed women for almost 35 years, and have lectured extensively on the subject of DES exposure and its causation of adverse pregnancy outcome and infertility.

Sincerely,

Merle J. Berger, M.D.
Associate Clinical Professor
Obstetrics, Gynecology, and Reproductive Biology
Harvard Medical School

MJB/snc