IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JENNIFER MAITRE, Individually and ]
as Mother, Guardian and Next Friend of ]
CHRISTIAN FRANCIS MAITRE, a Minor, ]
]
     Plaintiff, ]
]
v. ] Civil Action No.: 1:05-cv-10442-JLT
]
]
ELI LILLY AND COMPANY, ]
]
     Defendant. ]

### JOINT MOTION TO REFER CASE TO
### MAGISTRATE JUDGE MARIANNE B. BOWLER FOR MEDIATION

COMES NOW the parties, through counsel, and jointly move this Court to enter an Order referring the above-captioned case to Magistrate Judge Marianne B. Bowler for mediation, and as grounds therefor states:

1. This is a products liability/personal injury case arising from Jennifer Maitre's in utero exposure to diethylstilbestrol ("DES") and the resultant preterm birth of the minor plaintiff.

2. Defendant Eli Lilly and Company's Motion for Summary Judgment was denied by this Court on August 9, 2006.

3. Magistrate Bowler has successfully mediated several DES cases pending in the District of Massachusetts.

4. The parties request that this matter be referred to Magistrate Bowler for Mediation. Counsel for both parties are available for said Mediation on August 29, 2006 or September 19, 20, 21, or 22, 2006.

WHEREFORE, the parties jointly request this Court enter an Order Referring the above-captioned case to Magistrate Bowler for Mediation.

|  |  |
|---|---|
|  | Respectfully submitted, |
| TODD & WELD LLP | FOLEY HOAG LLP |
|  |  |
| /s/ Erica Tennyson | /s/ James J. Dillon |
| JULIET A. DAVISON, BBO#562289 | JAMES J. DILLON, BBO#124660 |
| ERICA TENNYSON, BBO#660707 | BRIAN L. HENNINGER, BBO#657926 |
| 28 State Street | 155 Seaport Boulevard |
| Boston, MA 02109 | Boston, MA 02210-2600 |
| 617-720-2626 | 617-832-1000 |
| etennyson@toddweld.com | jdillon@foleyhoag.com |
| and | Attorneys for Eli Lilly and Company |
| Aaron M. Levine, Esq. |  |
| AARON M. LEVINE & ASSOCIATES |  |
| 1320 19th Street, N.W. |  |
| Suite 500 |  |
| Washington, DC 20036 |  |
| 202-833-8040 |  |

Attorneys for Plaintiffs

Dated: August 15, 2006

**CERTIFICATE OF SERVICE**

  I, Erica Tennyson, hereby certify that this Joint Motion to Refer Case to Magistrate Judge Marianne B. Bowler for Mediation, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 15, 2006.

            /s/ Erica Tennyson
            Erica Tennyson

IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNIFER MAITRE, Individually and as Mother, Guardian and Next Friend of CHRISTIAN FRANCIS MAITRE, a Minor,<br><br>Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>Defendant. | ]<br>]<br>]<br>]<br>]<br>]<br>]  Civil Action No.: 1:05-cv-10442-JLT<br>]<br>]<br>]<br>]<br>]<br>] |

## [PROPOSED] ORDER

UPON CONSIDERATION of the Joint Motion to Refer Case to Magistrate Judge Marianne B. Bowler for Mediation, and for good cause shown, it is this _____ day of _____, 2006,

ORDERED that the Motion be and hereby is GRANTED;

AND IT IS FURTHER ORDERED that this matter is referred to Magistrate Judge Marianne B. Bowler for Mediation to be scheduled for August 29, 2006 or September 19, 20, 21, or 22, 2006.

_____
JOSEPH L. TAURO
United State District Judge

Respectfully submitted,

| | |
|---|---|
| TODD & WELD LLP | FOLEY HOAG LLP |
| /s/ Erica Tennyson | /s/ James J. Dillon |
| JULIET A. DAVISON, BBO#562289 | JAMES J. DILLON, BBO#124660 |
| ERICA TENNYSON, BBO#660707 | BRIAN L. HENNINGER, BBO#657926 |
| 28 State Street | 155 Seaport Boulevard |
| Boston, MA  02109 | Boston, MA  02210-2600 |
| 617-720-2626 | 617-832-1000 |
| etennyson@toddweld.com | jdillon@foleyhoag.com |
| | |
| and | Attorneys for Eli Lilly and Company |

Aaron M. Levine, Esq.
AARON M. LEVINE & ASSOCIATES
1320 19th Street, N.W.
Suite 500
Washington, DC  20036
202-833-8040

Attorneys for Plaintiffs

Dated: August 15, 2006

## CERTIFICATE OF SERVICE

    I, Erica Tennyson, hereby certify that this Proposed Order, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 15, 2006.

                                        /s/ Erica Tennyson
                                        Erica Tennyson