UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

__Jennifer Maitre__
          Plaintiff(s)

V.                                           CIVIL CASE NO. 05-10442-JLT

__Eli Lilly & Company__
          Defendant(s)

### NOTICE AND ORDER

__Bowler, U.S.M.J.__

PLEASE TAKE NOTICE that the above-entitled case has been set for ___a mediation hearing___ on __10/19/2006__ at __10:00__ A.M. before Magistrate Judge __Marianne B. Bowler__ in Courtroom # __25__.

All PARTIES are REQUIRED to attend and must have full binding settlement authority, leave of court is REQUIRED for any exceptions. All confidential mediation briefs are REQUIRED to be submitted to the court VIA FACSIMILE at (617) 204-5833 at least TWO BUSINESS DAYS prior to the hearing.

SARAH A. THORNTON,
CLERK OF COURT

__8/18/2006__                                By: __/s/ Marc K. Duffy, Esq.__
   Date                                              Deputy Clerk

(ADR NOTICE (Maitre).wpd - 3/7/2005)