UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_Jennifer Maitre_
Plaintiff(s)

v.

_Eli Lilly + Company_
Defendant(s)

CIVIL ACTION

NO. _05 - 10442_

### ORDER OF REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION

After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to _MAG Judge Bowler_ for the following ADR program:

| | | | |
|---|---|---|---|
| _____ | EARLY NEUTRAL EVALUATION | ✓ | MEDIATION |
| _____ | MINI-TRIAL | _____ | SUMMARY JURY TRIAL |
| _____ | SETTLEMENT CONFERENCE | _____ | SPECIAL MASTER |
| _____ | PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM | | |

Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program. If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

BY THE COURT,

_8/22/06_
DATE

_Rita Lovett_
UNITED STATES DISTRICT JUDGE

### CASE CATEGORY

| | | | |
|---|---|---|---|
| Admiralty | _____ | Antitrust | _____ |
| Civil Rights | _____ | Contract | _____ |
| Copyright/Trademark/Patent | _____ | Environmental | _____ |
| ERISA | _____ | FELA | _____ |
| Labor Relations | _____ | Medical Malpractice | _____ |
| Personal Injury | _____ | Product Liability | _____ |
| Shareholder Dispute | _____ | | |
| Other | _____ | | |

(adrrefi.ord - 4/29/94)                                                                                                         [orefadr.]

# United States District Court
# District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:05-cv-10442-JLT

Maitre v. Eli Lilly and Company  
Assigned to: Judge Joseph L. Tauro  
Referred to: Magistrate Judge Marianne B. Bowler  
Demand: $2,000,000  
Case in other court: US District Court - District of Columbia, 03-02631  
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 03/09/2005  
Jury Demand: Plaintiff  
Nature of Suit: 365 Personal Inj. Prod. Liability  
Jurisdiction: Diversity

**Plaintiff**

**Jennifer Maitre**  
*Individually and as Mother, Guardian, and Next Friend of CFM a minor*

represented by **Aaron M. Levine**  
Aaron M. Levine & Associates  
1320 19th Street N.W.  
Fifth Floor  
Washington, DC 20036  
202-833-8040  
Fax: 202-833-8046  
Email: aaronlevinelaw@aol.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Brandon J. Levine**  
Aaron M. Levine & Associates  
1320 19th Street, NW  
Suite 500  
Washington, DC 20036  
202-833-8040  
Fax: 202-833-8046  
Email: levbran@aol.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Juliet A. Davison**  
Todd & Weld  
28 State Street  
Boston, MA 02109  
617-720-2626  
Fax: 617-227-5777  
Email: jdavison@toddweld.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Renee Lynne Robinson-Meyer**
Aaron M.Levine & Associates
1320 19th Street NW
Suite 500
Washington, DC 20036
202-833-8040
Fax: 202-833-8046
Email: aaronlevinelaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sheila Mone**
Kenneth M. Levine & Associates
370 Washington St.
Boston, MA 02445
617-566-2700
Fax: 617-566-6144
Email: smone@klevinelaw.com
*TERMINATED: 01/30/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Jay Lewis**
Aaron M. Levine & Associates
1320 19th Street
Suite 500
Washington, DC 20036
202-833-8040
Fax: 202-833-8046
Email: lewissj9@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica Tennyson**
Todd & Weld LLP
28 State Street
Boston, MA 02109
617-720-2626
Fax: 617-227-5777
Email: etennyson@toddweld.com
*ATTORNEY TO BE NOTICED*

**Kenneth M. Levine**
Law Office of Kenneth Levine
370 Washington St.
Brookline, MA 02445
617-566-2700

Fax: 617-566-6144
Email: Klevine@Klevinelaw.com
*TERMINATED: 01/30/2006*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Eli Lilly and Company**                represented by **James J. Dillon**
                                                       Foley Hoag LLP
                                                       155 Seaport Boulevard
                                                       Boston, MA 02210-2600
                                                       617-832-1109
                                                       Fax: 617-832-1976
                                                       Email: jdillon@foleyhoag.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Lawrence Hedrick Martin**
                                                       Foley Hoag LLP
                                                       1875 K Street, NW
                                                       Suite 800
                                                       Washington, DC 20006
                                                       202-223-1200
                                                       Fax: 202-785-6687
                                                       Email: lmartin@foleyhoag.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Brian L. Henninger**
                                                       Foley Hoag LLP
                                                       155 Seaport Boulevard
                                                       Seaport World Trade Center West
                                                       Boston, MA 02210
                                                       617-832-3061
                                                       Fax: 617-832-7000
                                                       Email: bhenninger@foleyhoag.com
                                                       *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/09/2005 | 11 | Case transferred in from District of Columbia; Case Number 03-cv-02631 JDB., filed by Eli Lilly and Company.(Abaid, Kim) (Entered: 03/14/2005) |
| 03/09/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander. (Abaid, Kim) (Entered: 03/23/2005) |

| | | |
|---|---|---|
| 03/15/2005 | ◉12 | US DISTRICT COURT for the District of Columbia Original Record. (Abaid, Kim) (Entered: 03/16/2005) |
| 04/07/2005 | ◉13 | NOTICE of Appearance by Sheila Mone on behalf of Jennifer Maitre (Mone, Sheila) (Entered: 04/07/2005) |
| 07/19/2005 | ◉14 | NOTICE of Scheduling Conference Scheduling Conference set for 8/2/2005 11:30 AM in Courtroom 20 before Judge Joseph L. Tauro. (Abaid, Kim) (Entered: 07/19/2005) |
| 07/19/2005 | ◉15 | Judge Joseph L. Tauro : RULE 26 DISCOVERY ORDER entered. (Abaid, Kim) (Entered: 07/19/2005) |
| 07/26/2005 | ◉16 | JOINT SUBMISSION pursuant to Local Rule 16.1 by Eli Lilly and Company. (Attachments: # 1 Appendix 1# 2 Appendix 2# 3 Appendix 3)(Henninger, Brian) (Entered: 07/26/2005) |
| 08/01/2005 | ◉17 | NOTICE of Appearance by Brian L. Henninger on behalf of Eli Lilly and Company (Henninger, Brian) (Entered: 08/01/2005) |
| 08/01/2005 | ◉18 | NOTICE of Appearance by James J. Dillon on behalf of Eli Lilly and Company (Dillon, James) (Entered: 08/01/2005) |
| 08/08/2005 | ◉20 | EXHIBIT - Proposed List of Deponents by Jennifer Maitre. (Abaid, Kim) (Entered: 08/15/2005) |
| 08/10/2005 | ◉19 | Judge Joseph L. Tauro : ORDER entered re: DISCOVERY. All discovery shall be completed by February 2, 2006. Dispositive motions shall be filed by March 6, 2006. A Further Conference is scheduled for April 4, 2006 at 10:00 AM in Courtroom 20 before Judge Joseph L. Tauro.(Abaid, Kim) (Entered: 08/11/2005) |
| 08/11/2005 | ◉21 | EXHIBIT - Proposed List of Deponents by Eli Lilly and Company. (Abaid, Kim) (Entered: 08/15/2005) |
| 12/19/2005 | ◉22 | NOTICE of Appearance by Juliet A. Davison on behalf of Jennifer Maitre (Davison, Juliet) (Entered: 12/19/2005) |
| 12/19/2005 | ◉23 | NOTICE of Appearance by Erica Tennyson on behalf of Jennifer Maitre (Tennyson, Erica) (Entered: 12/19/2005) |
| 01/11/2006 | ◉24 | MOTION for Leave to Appear Pro Hac Vice by Aaron M. Levine by Jennifer Maitre. (Attachments: # 1 Affidavit of Aaron M. Levine in Suppport of Motion to Admit Pro Hac Vice)(Tennyson, Erica) (Entered: 01/11/2006) |
| 01/17/2006 | ◉ | Filing fee: $ 50.00, receipt number 69600 regarding 24 Motion for Pro Hac Vice (Abaid, Kim) (Entered: 01/17/2006) |
| 01/17/2006 | ◉ | Judge Joseph L. Tauro : Electronic ORDER entered granting 24 Motion for Leave to Appear Pro Hac Vice Added Aaron M. Levine for Jennifer Maitre (Abaid, Kim) (Entered: 01/17/2006) |

| 01/24/2006 | ●25 | First MOTION to Withdraw as Attorney by Jennifer Maitre.(Levine, Kenneth) (Entered: 01/24/2006) |
|---|---|---|
| 01/30/2006 | ● | Judge Joseph L. Tauro : Electronic ORDER entered granting 25 Motion to Withdraw as Attorney. (Abaid, Kim) (Entered: 01/31/2006) |
| 03/01/2006 | ●26 | Consent MOTION to Amend 19 Scheduling Order, *Supplement Expert Disclosures, Re-Open Discovery* by Jennifer Maitre. (Attachments: # 1)(Tennyson, Erica) (Entered: 03/01/2006) |
| 03/02/2006 | ● | Judge Joseph L. Tauro : Electronic ORDER entered granting 26 Motion to Amend (Abaid, Kim) (Entered: 03/06/2006) |
| 03/02/2006 | ●27 | Judge Joseph L. Tauro : ORDER entered. SCHEDULING ORDER: Discovery to be completed by 5/16/2006. Motions due by 6/15/2006.(Abaid, Kim) (Entered: 03/06/2006) |
| 03/16/2006 | ● | ELECTRONIC NOTICE of Hearing:Case Management Conference set for 6/22/2006 10:00 AM in Courtroom 20 before Judge Joseph L. Tauro. (Lovett, Zita) (Entered: 03/16/2006) |
| 06/15/2006 | ●28 | STIPULATION of Dismissal *With Prejudice* by Jennifer Maitre. (Tennyson, Erica) (Entered: 06/15/2006) |
| 06/15/2006 | ●29 | MOTION for Summary Judgment by Eli Lilly and Company. (Attachments: # (1) Affidavit of Brian L. Henninger in Support of Motion for Summary Judgment# 2 Exhibit 1# 3 Exhibit 2# 4 Exhibit 3)(Henninger, Brian) Modified on 6/16/2006 (Abaid, Kim). (Entered: 06/15/2006) |
| 06/15/2006 | ●30 | MEMORANDUM in Support re 29 MOTION for Summary Judgment filed by Eli Lilly and Company. (Abaid, Kim) Additional attachment(s) added on 6/16/2006 (Abaid, Kim). (Entered: 06/16/2006) |
| 06/15/2006 | ● | Notice of correction to docket made by Court staff. Correction: Docket Entry 29 corrected because: Memorandum in Support of the Motion was filed as an attachment to the motion. Removed memorandum and filed as a separate document. (Abaid, Kim) (Entered: 06/16/2006) |
| 06/15/2006 | ●32 | Judge Joseph L. Tauro : ENDORSEMENT re 28 Stipulation of Dismissal filed by Jennifer Maitre, (Abaid, Kim) Modified on 6/22/2006 (Abaid, Kim). (Entered: 06/21/2006) |
| 06/19/2006 | ●31 | Consent MOTION for Extension of Time to July 28, 2006 to File Response/Reply as to 29 MOTION for Summary Judgment by Jennifer Maitre. (Attachments: # 1 Proposed Order)(Tennyson, Erica) (Entered: 06/19/2006) |
| 06/21/2006 | ● | Judge Joseph L. Tauro : Electronic ORDER entered granting 31 Motion for Extension of Time to File Response/Reply re 31 Consent MOTION for Extension of Time to July 28, 2006 to File Response as to 29 MOTION for Summary Judgment Responses due by 7/28/2006 Replies due by 8/11/2006. (Lovett, Zita) (Entered: 06/21/2006) |

| | | |
|---|---|---|
| 06/21/2006 | | ELECTRONIC NOTICE Cancelling Hearing. Hearing cancelled: 6/22/2006 (Lovett, Zita) (Entered: 06/21/2006) |
| 07/28/2006 | 33 | Opposition re 29 MOTION for Summary Judgment filed by Jennifer Maitre. (Tennyson, Erica) (Entered: 07/28/2006) |
| 07/28/2006 | 34 | MEMORANDUM in Opposition re 29 MOTION for Summary Judgment filed by Jennifer Maitre. (Tennyson, Erica) (Entered: 07/28/2006) |
| 07/28/2006 | 35 | AFFIDAVIT of Aaron M. Levine, Esq. re 34 Memorandum in Opposition to Motion *Authenticating Documents* by Jennifer Maitre. (Tennyson, Erica) (Entered: 07/28/2006) |
| 07/28/2006 | 36 | NOTICE by Jennifer Maitre re 35 Affidavit *Notice of Manual Filing of Appendices* (Tennyson, Erica) (Entered: 07/28/2006) |
| 07/28/2006 | 37 | EXHIBIT 1 re 35 Affidavit *of Aaron Levine Authenticating Documents* by Jennifer Maitre. (Tennyson, Erica) Additional attachment(s) added on 7/31/2006 (Abaid, Kim). Modified on 7/31/2006 (Abaid, Kim). (Entered: 07/28/2006) |
| 07/28/2006 | 38 | EXHIBIT 2 Part 1 re 35 Affidavit *of Aaron Levine Authenticating Documents* by Jennifer Maitre. (Tennyson, Erica) Additional attachment(s) added on 7/31/2006 (Abaid, Kim). Modified on 7/31/2006 (Abaid, Kim). (Entered: 07/28/2006) |
| 07/28/2006 | 39 | EXHIBIT 2 Part 2 re 35 Affidavit *of Aaron Levine Authenticating Documents* by Jennifer Maitre. (Tennyson, Erica) Additional attachment(s) added on 7/31/2006 (Abaid, Kim). Modified on 7/31/2006 (Abaid, Kim). (Entered: 07/28/2006) |
| 07/28/2006 | 40 | EXHIBIT 3 re 35 Affidavit of Aaron M. Levine by Jennifer Maitre. (Tennyson, Erica) Additional attachment(s) added on 7/31/2006 (Abaid, Kim). Modified on 7/31/2006 (Abaid, Kim). (Entered: 07/28/2006) |
| 07/28/2006 | 41 | EXHIBIT 4 re 35 Affidavit of Aaron M. Levine by Jennifer Maitre. (Tennyson, Erica) Additional attachment(s) added on 7/31/2006 (Abaid, Kim). Modified on 7/31/2006 (Abaid, Kim). (Entered: 07/28/2006) |
| 07/28/2006 | 42 | EXHIBIT 5 re 35 Affidavit of Aaron M. Levine by Jennifer Maitre. (Tennyson, Erica) Additional attachment(s) added on 7/31/2006 (Abaid, Kim). Modified on 7/31/2006 (Abaid, Kim). (Entered: 07/28/2006) |
| 07/28/2006 | 43 | EXHIBIT 6 re 35 Affidavit of Aaron M. Levine by Jennifer Maitre. (Tennyson, Erica) Additional attachment(s) added on 7/31/2006 (Abaid, Kim). Modified on 7/31/2006 (Abaid, Kim). (Entered: 07/28/2006) |
| 07/28/2006 | 44 | EXHIBIT 7 re 35 Affidavit of Aaron M. Levine by Jennifer Maitre. (Tennyson, Erica) Additional attachment(s) added on 7/31/2006 (Abaid, Kim). Modified on 7/31/2006 (Abaid, Kim). (Entered: 07/28/2006) |

| | | |
|---|---|---|
| 07/28/2006 | 45 | EXHIBIT 8 re 35 Affidavit of Aaron M. Levine by Jennifer Maitre. (Tennyson, Erica) Additional attachment(s) added on 7/31/2006 (Abaid, Kim). Modified on 7/31/2006 (Abaid, Kim). (Entered: 07/28/2006) |
| 07/28/2006 | 46 | EXHIBIT 9 re 35 Affidavit of Aaron M. Levine by Jennifer Maitre. (Tennyson, Erica) Additional attachment(s) added on 7/31/2006 (Abaid, Kim). Modified on 7/31/2006 (Abaid, Kim). (Entered: 07/28/2006) |
| 07/28/2006 | 47 | EXHIBIT 10 re 35 Affidavit of Aaron M. Levine by Jennifer Maitre. (Tennyson, Erica) Additional attachment(s) added on 7/31/2006 (Abaid, Kim). Modified on 7/31/2006 (Abaid, Kim). (Entered: 07/28/2006) |
| 07/28/2006 | 48 | EXHIBIT 11 re 35 Affidavit of Aaron M. Levine by Jennifer Maitre. (Tennyson, Erica) Additional attachment(s) added on 7/31/2006 (Abaid, Kim). Modified on 7/31/2006 (Abaid, Kim). (Entered: 07/28/2006) |
| 07/28/2006 | 49 | EXHIBIT 12 re 35 Affidavit of Aaron M. Levine by Jennifer Maitre. (Tennyson, Erica) Additional attachment(s) added on 7/31/2006 (Abaid, Kim). Modified on 7/31/2006 (Abaid, Kim). (Entered: 07/28/2006) |
| 07/28/2006 | 50 | EXHIBIT 13 re 35 Affidavit of Aaron M. Levine by Jennifer Maitre. (Tennyson, Erica) Additional attachment(s) added on 7/31/2006 (Abaid, Kim). Modified on 7/31/2006 (Abaid, Kim). (Entered: 07/28/2006) |
| 07/28/2006 | 51 | EXHIBIT 14 re 35 Affidavit of Aaron M. Levine by Jennifer Maitre. (Tennyson, Erica) Additional attachment(s) added on 7/31/2006 (Abaid, Kim). Modified on 7/31/2006 (Abaid, Kim). (Entered: 07/28/2006) |
| 07/28/2006 | 52 | EXHIBIT 15 re 35 Affidavit of Aaron M. Levine by Jennifer Maitre. (Tennyson, Erica) Additional attachment(s) added on 7/31/2006 (Abaid, Kim). Modified on 7/31/2006 (Abaid, Kim). (Entered: 07/28/2006) |
| 07/28/2006 | 53 | EXHIBIT 16 re 35 Affidavit of Aaron M. Levine by Jennifer Maitre. (Tennyson, Erica) Additional attachment(s) added on 7/31/2006 (Abaid, Kim). Modified on 7/31/2006 (Abaid, Kim). (Entered: 07/28/2006) |
| 07/28/2006 | 54 | EXHIBIT 17 re 35 Affidavit of Aaron M. Levine by Jennifer Maitre. (Tennyson, Erica) Additional attachment(s) added on 7/31/2006 (Abaid, Kim). Modified on 7/31/2006 (Abaid, Kim). (Entered: 07/28/2006) |
| 07/28/2006 | 55 | EXHIBIT 18 re 35 Affidavit of Aaron M. Levine by Jennifer Maitre. (Tennyson, Erica) Additional attachment(s) added on 7/31/2006 (Abaid, Kim). Modified on 7/31/2006 (Abaid, Kim). (Entered: 07/28/2006) |
| 07/28/2006 | 56 | EXHIBIT 19 re 35 Affidavit of Aaron M. Levine by Jennifer Maitre. (Tennyson, Erica) Additional attachment(s) added on 7/31/2006 (Abaid, Kim). Modified on 7/31/2006 (Abaid, Kim). (Entered: 07/28/2006) |
| 07/28/2006 | 57 | EXHIBIT 20 re 35 Affidavit of Aaron M. Levine by Jennifer Maitre. (Tennyson, Erica) Additional attachment(s) added on 7/31/2006 (Abaid, Kim). Modified on 7/31/2006 (Abaid, Kim). (Entered: 07/28/2006) |

| | | |
|---|---|---|
| 07/28/2006 | 58 | EXHIBIT 21 re 35 Affidavit of Aaron M. Levine by Jennifer Maitre. (Tennyson, Erica) Additional attachment(s) added on 7/31/2006 (Abaid, Kim). Modified on 7/31/2006 (Abaid, Kim). (Entered: 07/28/2006) |
| 07/28/2006 | 59 | EXHIBIT re 35 Affidavit of Aaron M. Levine by Jennifer Maitre. (Tennyson, Erica) Modified on 7/31/2006 (Abaid, Kim). *** Document was filed as part of exhibit 2, see docket entry 36 for full image of exhibit 2. *** (Entered: 07/28/2006) |
| 07/28/2006 | 60 | EXHIBIT re 35 Affidavit of Aaron M. Levine by Jennifer Maitre. (Tennyson, Erica) Modified on 7/31/2006 (Abaid, Kim). *** Document was filed as part of exhibit 2, see docket entry 36 for full image of exhibit 2. *** (Entered: 07/28/2006) |
| 07/31/2006 | | Notice of correction to docket made by Court staff. Correction: Docket Entries 35 - 60 corrected because: Documents were not in numerical order. Replaced documents and corrected docket entry text to reflect the images attached. (Abaid, Kim) (Entered: 07/31/2006) |
| 08/08/2006 | | Judge Joseph L. Tauro : Electronic ORDER entered denying 29 Motion for Summary Judgment (Abaid, Kim) (Entered: 08/09/2006) |
| 08/16/2006 | 61 | Joint MOTION Refer Case to Magistrate Judge *Marianne B. Bowler for Mediation* by Jennifer Maitre. (Attachments: # 1 Proposed Order)(Tennyson, Erica) (Entered: 08/16/2006) |
| 08/16/2006 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 61 Motion to Refer Case to Magistrate Judge Bowler for Mediation (Abaid, Kim) (Entered: 08/16/2006) |
| 08/16/2006 | 62 | Judge Joseph L. Tauro : ORDER entered. REFERRING CASE to Magistrate Judge Marianne B. Bowler Referred for: Mediation(Abaid, Kim) (Entered: 08/16/2006) |
| 08/18/2006 | 63 | NOTICE of ADR Conference. Mediation Hearing set for 10/19/2006 at 10:00 AM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. All PARTIES are REQUIRED to attend and must have full binding settlement authority, leave of court is REQUIRED for any exceptions. All confidential mediation briefs are REQUIRED to be submitted to the court VIA FACSIMILE at (617) 204-5833 at least TWO BUSINESS DAYS prior to the hearing. (Duffy, Marc) (Entered: 08/18/2006) |