UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNIFER MAITRE, as Mother, Guardian and Next Friend of CHRISTIAN FRANCIS MAITRE, A Minor,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ELI LILLY AND COMPANY,<br><br>　　　　　　Defendant. | Civil Action No. 05-CV-19442 (JLT/MB) |

## CONSENT MOTION TO AMEND NOTICE OF ADR CONFERENCE

Defendant Eli Lilly and Company ("Lilly"), with the consent of counsel for plaintiff Christian Maitre, hereby moves the Court to amend its Notice of ADR Conference to reschedule the conference from January 24, 2007 at 2:00 p.m. to January 24, 2007 at 10:00 a.m. As grounds for its motion, Lilly states:

　　　1.　　Lilly's corporate representative, James Burns, will be flying in from Indianapolis to attend the mediation. Starting at 10:00 a.m. will allow Mr. Burns more time to participate in the mediation in person before returning to Indianapolis.

　　　2.　　Plaintiff's counsel consents to the granting of Lilly's motion.

B3305147.1

- 2 -

WHEREFORE, for the foregoing reasons Defendant Eli Lilly and Company respectfully requests that its Consent Motion to Amend Notice of ADR Conference be granted.

Respectfully submitted,

ELI LILLY AND COMPANY
by its attorneys

/s/ Brian L. Henninger
James J. Dillon (BBO# 124660)
Brian L. Henninger (BBO# 657926)
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000

Dated: January 18, 2007

### LR 7.1(A)(2) CONFERRAL CERTIFICATION

I certify that counsel for Lilly contacted Plaintiff's counsel on January 18, 2007 to attempt in good faith to resolve the issues addressed in this Motion. Plaintiff's counsel consented to this Motion.

/s/ Brian L. Henninger

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNIFER MAITRE, as Mother, Guardian and Next Friend of CHRISTIAN FRANCIS MAITRE, A Minor,<br><br>        Plaintiff,<br><br>        v.<br><br>ELI LILLY AND COMPANY,<br><br>        Defendant. | Civil Action No. 05-CV-19442 (JLT/MB) |

## **[PROPOSED] ORDER**

UPON CONSIDERATION of Eli Lilly and Company's Consent Motion to Amend Notice of ADR Conference and for good cause shown, it is this _____ day of

_____

ORDERED that the Motion be and hereby is GRANTED;

AND IT IS FURTHER ORDERED that the second ADR session in the above-captioned case will take place January 24, 2007 at 10:00 a.m. in Courtroom 25.

_____        _____
DATE                                              Magistrate Judge Marianne B. Bowler

B3305157.1