**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>  Jennifer Maitre, et al.  </u>
                Plaintiff(s)

                V.                                    CIVIL ACTION NO. 05-10442-JLT

<u>  Eli Lilly & Co.  </u>
                Defendant(s)

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE <u>  Tauro  </u>

[ ]   The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]   On <u>  01/24/2007  </u> I held the following ADR proceeding:

    _____    SCREENING CONFERENCE    _____  EARLY NEUTRAL EVALUATION
    ___X___    MEDIATION                              _____  SUMMARY BENCH / JURY TRIAL
    _____    MINI-TRIAL                            _____  SETTLEMENT CONFERENCE

    All parties were represented by counsel [except _____].
    The parties were present in person, or by an authorized officer. [except_____].
    The case was:

[X]   Settled.  Your clerk should enter a <u>60</u> day order of dismissal.

[ ]   There was progress.  A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[ ]   Suggested strategy to facilitate settlement:


        01/24/2007                                        /s/ Marianne B. Bowler, USMJ
            DATE                                                   ADR Provider

(ADR Report (Maitre).wpd - 4/12/2000)                                              [adrrpt.]