UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**JENNIFER MAITRE, ET AL,**
     **Plaintiff,**

          V               CA 05-10442-JLT

**ELI LILY & CO.,**
     **Defendant.**

## SETTLEMENT ORDER OF DISMISSAL

**TAURO, D.J.**

The court having been advised on January 24, 2007 by counsel for the parties that the above action has been settled:    IT IS ORDERED that this action is hereby dismissed without prejudice to reconsideration and possible re-opening if within **60** days of this order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

                                        Zita Lovett
                                         /s/
                                      _____
                                      **Deputy Clerk**

January 25, 2007