UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JENNIFER MAITRE, as Mother, Guardian and Next Friend of CHRISTIAN FRANCIS MAITRE, A Minor,

Plaintiff,

v.

ELI LILLY AND COMPANY,

Defendant.

Civil Action No. 05-CV-10442 (~~JLT~~/MBB)

~~[PROPOSED] ORDER TO SEAL~~
**CONSENT MOTION FOR SETTLEMENT APPROVAL**

Upon consideration of the parties' Joint Motion for Order Sealing Consent Motion for Settlement Approval, and for good cause shown, it is by this Court this 16th day of March 2007, hereby

ORDERED, that the parties' Joint Motion for Order Sealing Consent Motion for Settlement Approval be and the same hereby is, GRANTED, and it is further

ORDERED, that plaintiff's Consent Motion for Settlement Approval be FILED UNDER SEAL.

~~Hon. Joseph L. Tauro~~
~~U.S. District Judge~~

Marianne B. Bowler
United States Magistrate Judge